UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 12958
   JOHN W WATKINS
   STEPHANIE EDWARDS WATKINS                   CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6146     SSN XXX-XX-1489

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/11/2006 and was confirmed 02/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FAIRLANE CREDIT LLC | SECURED VEHIC | 10000.00 | 56.22 | 1823.94 |
| FAIRLANE CREDIT LLC | UNSECURED | 5470.21 | .00 | .00 |
| GMAC MORTGAGE | CURRENT MORTG | 12364.96 | .00 | 12364.96 |
| GMAC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 12000.00 | 67.47 | 2188.77 |
| TRIAD FINANCIAL CORP | UNSECURED | 4618.17 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 607.84 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 887.87 | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO HEIGHTS DENTAL G | UNSECURED | NOT FILED | .00 | .00 |
| TROJAN CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 411.09 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 518.26 | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SCOTTS LAWN SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON WIRELESS | UNSECURED | 1108.73 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 452.51 | .00 | .00 |
| WELLS FARGO BANK NA | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 353.67 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 396.38 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 2102.98 | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 3,000.00 | | 503.86 |
| TOM VAUGHN | TRUSTEE | | | 1,096.78 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12958 JOHN W WATKINS & STEPHANIE EDWARDS WATKINS

```
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   18,102.00

PRIORITY                                                     .00
SECURED                                                16,377.67
     INTEREST                                             123.69
UNSECURED                                                    .00
ADMINISTRATIVE                                           503.86
TRUSTEE COMPENSATION                                   1,096.78
DEBTOR REFUND                                               .00
                         ---------------        ---------------
TOTALS                    18,102.00                18,102.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                          /s/ Tom Vaughn
     Dated: 12/27/07      _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE